JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABACUC GUEVARA,<br><br>        Petitioner,<br><br>  vs.<br><br>LARRY SMALLS, Warden,<br><br>        Respondent. | Case No. EDCV 09-1144-R (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 29, 2010

_____
MANUEL R. REAL
UNITED STATES DISTRICT JUDGE